WILLIAM L. BULL and Others, Copartners Trading under the Name of EDWARD SWEET & COMPANY, Respondents, *v.* GUARDIAN TRUST COMPANY OF NEW YORK, Appellant.

First Department, December 6, 1907.

See head note in *Guardian Trust Co.* v. *Peabody* (ante, p. 648).

APPEAL by the defendant, the Guardian Trust Company of New York, from a judgment of the Supreme Court in favor of the plaintiffs, entered in the office of the clerk of the county of New York on the 1st day of March, 1907, upon the report of a referee, awarding the plaintiffs possession of certain certificates of stock,

pledged by them to defendant as collateral security, and dismissing the first counterclaim set up in defendant's amended answer.

*Henry D. Hotchkiss*, for the appellant.

*H. Snowden Marshall*, for the respondents

HOUGHTON, J.:

Judgment affirmed on the opinion in *Guardian Trust Co.* v. *Peabody* (122 App. Div. 648), decided herewith.

PATTERSON, P. J., and LAMBERT, J., concurred; McLAUGHLIN and LAUGHLIN, JJ., dissented.

McLAUGHLIN, J. (dissenting):

I think the judgment should be reversed and a new trial ordered for the reasons stated in my opinion in *Guardian Trust Co.* v. *Peabody* (122 App. Div. 653), decided herewith.

Judgment affirmed, with costs.